UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OPTIMA STEEL INTERNATIONAL, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> and <br><br> NUCOR CORPORATION <br><br> *Defendant-Intervenor.* | Before: Stephen Alexander Vaden, Judge <br><br> Court No. 1:23-cv-00108 |

## JUDGMENT

This case concerns Optima Steel International, LLC's (Optima) challenge to the final results of the antidumping duty administrative review for hot-rolled steel flat products from Japan for the period of October 1, 2020 to September 30, 2021. *See* Compl., ECF No. 7; *see also Certain Hot-Rolled Steel Flat Products from Japan: Final Results of Antidumping Duty Administrative Review; 2020-2021*, 88 Fed. Reg. 28,500 (Dep't of Com. May 4, 2023). Optima challenged the Department of Commerce's (Commerce) failure to treat Tokyo Steel Manufacturing Co., Ltd. (Tokyo Steel) as a mandatory respondent in the review.[1] *See* Compl. ¶¶ 19-24, ECF No. 7.

---

[1] Optima is an importer of Tokyo Steel. *See* Remand Results at 2, ECF No. 26.

On August 11, 2023, the Court granted Commerce's Motion for Voluntary Remand so that Commerce could "'treat [Tokyo Steel] as a mandatory respondent in the administrative review.'" Voluntary Remand Order, ECF No. 23 (quoting Def.'s Mot. for Voluntary Remand at 2, ECF No. 22). On remand, Commerce treated Tokyo Steel as a mandatory respondent and calculated an estimated weighted-average dumping margin for Tokyo Steel. *See* Remand Results at 1–2, ECF No. 26.

Following the filing of the Remand Results, "the parties … conferred[,] and no party opposes [Commerce's] remand redetermination …." Mot. for Entry of J. at 2, ECF No. 29. The parties state that there are no further issues in dispute, and no additional briefing is necessary. *Id.* at 2–3. There being no remaining issues to adjudicate, judgment should be entered sustaining Commerce's remand determination. After due deliberation, it is hereby:

**ORDERED** that Commerce's remand determination is **SUSTAINED**.

　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen Alexander Vaden
　　　　　　　　　　　　　　　　　　　　　　Stephen Alexander Vaden, Judge

Dated: March 26, 2024
　　　　New York, New York